IN THE UNITED STATES COURT OF FEDERAL CLAIMS

———————

No. 26-cv-215 T
(Judge David A. Tapp)

———————

WESTERN DIGITAL CORPORATION & SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ANSWER**

Defendant, the United States, through its attorneys, files this Answer to plaintiff Western Digital Corporation's ("WDC") complaint. *See* Dkt. 1. Defendant respectfully denies all allegations that are not expressly admitted below. Defendant further:

1. Admits this is "an action seeking a refund of underpayment interest … in connection with [WDC's] federal income tax liability" for its 2008 fiscal year. Denies that interest was "erroneously assessed and collected by" the IRS.

2. Admits the IRS and WDC resolved a Tax Court case concerning transfer-pricing via settlement. Denies the remainder of this paragraph.

3. Admits WDC "seeks by this action a refund … and interest on [that alleged] overpayment." Denies the remainder of this paragraph.

4-5. States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 4 and 5.

6. Admits.

1

7.      States that this paragraph constitutes legal argument to which no response is required. Further states that jurisdiction, to the extent it exists, would be granted through 28 U.S.C. § 1491(a)(1).

8.      Admits the document attached to the complaint as "Exhibit 1" was received by the IRS on July 21, 2025. States that the remainder of this paragraph constitutes legal argument to which no response is required.

9.      Admits, to the extent "disallowance" refers to the document described in paragraph 8.

10-12.  Admits.

13.     Admits the first two sentences. Further admits that only one tax year is at issue in this action but states that defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the third sentence.

14-17.  States that no response is required to paragraphs 14 through 17 as they wholly consist of descriptions and characterizations of documents and/or official proclamations that speak for themselves.

18.     Admits.

19.     States that this paragraph constitutes legal argument to which no response is required.

20-22.  Admits.

23.     The United States incorporates by reference the responses contained in paragraphs 1 through 22.

24.     Denies.

25.     Denies.

26.     Denies.

27.     States that the United States is unable to respond to the allegations in this paragraph as it refers to the hypothetical effects of a future "determin[ation] by the court." Avers that the United States will abide by any such "determin[ation]" subject to its appellate rights.

WHEREFORE, defendant requests that the Court enter judgment in favor of defendant and against plaintiff on plaintiff's claims for refund, with costs assessed against plaintiff.

Respectfully submitted,

Date: April 6, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

*/s/ Christopher J. Williamson*
CHRISTOPHER J. WILLIAMSON
Assistant Director

*/s/ Alex Schulman*
ALEX SCHULMAN
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: (202) 514-0456
Alexander.Schulman@usdoj.gov