**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WESTERN DIGITAL CORPORATION &
SUBSIDIARIES,

               Plaintiff,

   v.

UNITED STATES OF AMERICA,

               Defendant.

Case No. 26-215 T
(Judge David A. Tapp)

## <u>APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

Saul Mezei
Jonathan C. Bond
John F. Craig, III
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
SMezei@gibsondunn.com
JBond@gibsondunn.com
JCraig@gibsondunn.com

*Attorneys for Plaintiff*

# Exhibit A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WESTERN DIGITAL CORPORATION &
SUBSIDIARIES,

           Plaintiff,

    v.

UNITED STATES OF AMERICA,

           Defendant.

Case No. 26-215 T
(Judge David A. Tapp)

**DECLARATION OF ROBERT STOCKTON**

I, Robert Stockton, declare under penalty of perjury under the laws of the United States of America that, from personal knowledge, the following information is true and correct.

1.      I am Western Digital Corporation's Vice President, Global Head of Tax.

2.      I have spent most of my career with Western Digital Corporation.  I joined Western Digital Corporation in 1994 as a tax manager.  I left in 2000 and returned as a Senior Director, Tax in 2013.  I have been Vice President, Global Head of Tax since 2023.

3.      Western Digital Corporation is organized under the laws of the State of Delaware. Its principal executive offices and headquarters have been in California for the entire time I have been a Western Digital employee.

4.      In April 2017, Western Digital Corporation moved its principal executive offices and headquarters from Irvine, California to San Jose, California.

App. 2

5.      Western Digital's principal executive offices and headquarters remained in San

Jose, California throughout 2020 through 2023.


Date:   April 8, 2026

_____

Robert Stockton
Vice President, Global Head of Tax
Western Digital Corporation

2

App. 3

# Exhibit B

## UNITED STATES TAX COURT

WESTERN DIGITAL CORPORATION    )
AND SUBSIDIARIES,    )
    )
           Petitioner,    )    Docket No. 18984-18
    )
    v.    )    Judge Patrick J. Urda
    )
COMMISSIONER OF INTERNAL    )    Filed Electronically
REVENUE,    )
    )
           Respondent    )

## DECISION

Pursuant to agreement of the parties in this case, it is

ORDERED AND DECIDED:  That there are deficiencies in Federal income tax due from petitioner for the taxable years ended June 27, 2008 and July 3, 2009 in the amounts of $53,635,842 and $42,776,750, respectively;

That there are no penalties due from petitioner for the taxable years ended June 27, 2008 and July 3, 2009, under the provisions of: (1) I.R.C. § 6662(b)(3) and (e)(1)(B), including as modified by I.R.C. § 6662(h); (2) I.R.C. § 6662(b)(1) and (c); or (3) I.R.C. § 6662(b)(2) and (d).

**(Signed) Patrick J. Urda**
**Judge**

Entered:

\*     \*     \*     \*     \*

**Entered and Served 03/02/23**

App. 5

Docket No. 18984-18                  - 2 -

It is hereby stipulated that the Court may enter the foregoing decision in the above-entitled case.

It is further stipulated that interest will be assessed as provided by law on the deficiencies in tax due from petitioner.

DRITA TONUZI
Deputy Chief Counsel (Operations)
Internal Revenue Service

SANFORD W. STARK
Counsel for Petitioner
Tax Court Bar No. SS0902
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 887-3650
sstark@gibsondunn.com

Lloyd T. Silberzweig
Digitally signed by Lloyd T. Silberzweig
Date: 2023.02.22 10:38:38 -08'00'

LLOYD T. SILBERZWEIG
Counsel for Respondent
Tax Court Bar No. SL0630
Special Trial Attorney
IRS Office of Chief Counsel
100 First Street, Suite 1800
San Francisco, CA  94105
(415) 547-3806
Lloyd.T.Silberzweig@irscounsel.treas.gov

Date:   February 27, 2023

Date:   February 22, 2023

App. 6